IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| SIPCO, LLC | § |
| | § |
| V. | §   No. 5:20CV168-RWS-CMC |
| | § |
| COMMSCOPE HOLDING COMPANY, | § |
| ET AL. | § |

### ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge for pre-trial purposes in accordance with 28 U.S.C. § 636. Before the Court is the following pending motion:

**Defendants CommScope Holding Company; CommScope Inc.; Ruckus Wireless, Inc.; Arris US Holdings, Inc.; Arris Enterprises, LLC; and Arris Solutions, Inc.'s Motion for Judgment of Invalidity as to U.S. Patent No. 8,606,284 Under FED. R. CIV. P. 12(c) and 35 U.S.C. § 101 (Docket Entry # 45).**

The Court, having reviewed the relevant briefing, notes that Plaintiff has filed a First Amended Complaint (Docket Entry # 48), and Defendants have filed a second motion challenging the eligibility of the '284 claims (Docket Entry # 52). Accordingly, it is

**ORDERED** that Defendants CommScope Holding Company; CommScope Inc.; Ruckus Wireless, Inc.; Arris US Holdings, Inc.; Arris Enterprises, LLC; and Arris Solutions, Inc.'s Motion for Judgment of Invalidity as to U.S. Patent No. 8,606,284 Under FED. R. CIV. P. 12(c) and 35 U.S.C. § 101 (Docket Entry # 45) is **DENIED AS MOOT**.

**SIGNED** this 19th day of July, 2021.

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE